**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Chester Theodore Alpaugh, III
Attorney at Law
639 Loyola Avenue, Ste 2500
New Orleans LA 70113

**REHEARING ACTION: May 16, 2018**

**Docket Number: 17   00045-CA**

**ULETOM HEWITT**
**VERSUS**
**CITY OF LAFAYETTE, ET AL.**

**Appealed from Lafayette Parish Case No. C-20153790**

**BEFORE JUDGES**:

   **Hon. Sylvia R. Cooks**
   **Hon. Shannon J. Gremillion**
   **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Uletom Hewitt** has this day been

   **DENIED.**
   Cooks, J., would grant the rehearing.

cc: Michael Patrick Corry, Counsel for the Appellee
    Marie Candice Hattan, Counsel for the Appellee